UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>$4,556.30 in U.S. Currency, Formerly Contained in Citibank Account ***-***9966, Held in the Name of International Purchasing Advisors, LLC et al.<br><br>Defendants-*in-rem* | No. 20-Civ-8950 (KPF)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion for admission of Addy Jacob de Kluiver to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the States of Texas, Louisiana and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Addy Jacob de Kluiver |
| Firm Name: | Baker de Kluiver PLLC |
| Address: | 1101 New York Avenue, NW, Suite 1000<br>Washington, DC 20005 |
| Telephone: | (703) 517-9435 |
| E-mail: | jackdekluiver@bakerdekluiver.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for JTC Trustees (USA) Ltd. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 14.

Dated:  December 18, 2020
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE