# MEMO ENDORSED



March 25, 2021

**Martin S. Bloor**
Direct Phone   212-883-4941
Direct Fax       646-880-3656
mbloor@cozen.com

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Munson United States Courthouse
40 Centre Street
New York, NY 10007

**Re:**   United States v. $4,556.30 In United States Currency Formerly Contained In Citibank Account 679-6579966, Held In The Name Of "International Purchasing Advisors, LLC"; et al. Docket No.: United States v. $4,556.30 In United States Currency Formerly Contained In Citibank Account 679-6579966, Held In The Name Of "International Purchasing Advisors, LLC"; *et al.* Docket No.: 1:20-cv-08950 (KPF)

**Joint Request for Adjournment of Initial Pretrial Conference**

Dear Judge Failla:

As Your Honor is aware, this firm represents Claimants Yellow Circle LP and Elias Nousairi Smeke. I have conferred with AUSA Aline Flodr, who represents the Government, and write jointly to request that the Court adjourn the Initial Pretrial Conference, which is currently scheduled for March 30, 2021, until mid-Summer 2021 in order to allow the parties to continue their settlement discussions in an effort to resolve this case. This is the parties' first request for an adjournment.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Martin S. Bloor*

By:   Martin S. Bloor

MSB

Application GRANTED.  The initial pretrial conference scheduled for March 30, 2021, is here ADJOURNED to July 20, 2021, at 11:00 a.m.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  The parties' joint pre-conference submissions (*see* Dkt. #13), shall be due on or by July 15, 2021.

SO ORDERED.

Dated:   March 25, 2021
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE