

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. $4,556.30 in United States Currency*, 20 Civ. 8950 (KPF)

Dear Judge Failla:

The parties jointly request that the Court adjourn the Initial Pretrial Conference, currently scheduled for July 20, 2021 at 11:00 a.m., for forty-five days while the parties continue to negotiate a settlement in this matter. The parties anticipate that they will be prepared to go forward in this case, either with a settlement or with the Initial Pretrial Conference, at that time. This is the parties' second request for an adjournment. The Court granted the parties' first request on March 25, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/
Stephanie Lake / Sheb Swett / Aline Flodr
Assistant United States Attorneys
(212) 637-1066 / 6522 / 1110

cc: Martin S. Bloor, Esq. (by ECF)

---

```
Application GRANTED. The initial pretrial conference scheduled
for July 20,2021, is hereby ADJOURNED to September 7, 2021, at
10:00 a.m.  At the appointed time, the parties shall call (888)
363-4749 and enter access code 5123533.  The parties' joint
pre-conference submissions (see Dkt. #13), shall be due on or
by September 2, 2021.
                                      SO ORDERED.
Date:    July 14, 2021
         New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE